# Exhibit M

# Statement

Borrelli & Associates, P.L.L.C.

910 Franklin Avenue
Suite 200
Garden City, NY 11530

| Date |
|---|
| 1/12/2021 |

| To: |
|---|
| Manuel Aquapan |

| Amount Due | Amount Enc. |
|---|---|
| $1,099.23 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/30/2019 | INV #14070. Orig. Amount $4.26.<br>--- October 2019 Westlaw Usage Charges $4.26 | 4.26 | 4.26 |
| 01/30/2020 | INV #14165. Orig. Amount $419.00.<br>=== Reimb Group<br>--- Court Filing Fees 11/4/19 $400.00<br>--- 12/16/19 – LT – Manuel Aquapan & Adrian Alvarado – Aquapan, et al. v. Sunshine 39 Windows & Glass, Inc., et al – WoS packet sent to company and individual def – total $19.00 $19.00<br>=== Total Reimbursable Expenses $419.00 | 419.00 | 423.26 |
| 04/30/2020 | INV #14541. Orig. Amount $89.50.<br>=== Reimb Group<br>--- Check Number 3602 dated 2/26/2020 payable to Intercounty Judicial Services for Invoice No. 2001872, Service of s/c on Lim Siew Seng $0.00<br>--- Check Number 3602 dated 2/26/2020 payable to Intercounty Judicial Services for Invoice No. 2001866, Service of s/c on Sunshine 39 Windows & Glass, Inc. $87.60<br>--- 4/27/2020 ASG file ltr to defendants, Manuel Aquapan matter $1.90 (two envelopes $0.95 each) $1.90<br>=== Total Reimbursable Expenses $89.50 | 89.50 | 512.76 |
| 06/30/2020 | INV #14723. Orig. Amount $281.48.<br>=== Reimb Group<br>--- May 2020 Westlaw Usage Charges $115.08<br>--- Check Number 3880 payable to Intercounty Judicial Services for Job No. 2009821, service of s/c on Sunshine Windows & Glass, Inc. $101.40<br>--- Check Number 3880 payable to Intercounty Judicial Services for Job No. 2009822, service of s/c on Lim Siew Seng - service attempt $65.00<br>=== Total Reimbursable Expenses $281.48 | 281.48 | 794.24 |
| 10/31/2020 | INV #15050. Orig. Amount $68.00.<br>--- Check Number 4128 dated 9/30/2020 payable to Intercounty Judicial Services for Invoice No. 2016889, service of amended s/c on Lim Siew Seng $68.00 | 68.00 | 862.24 |
| 12/29/2020 | INV #15116. Orig. Amount $3.82.<br>--- April 2019 Westlaw Usage charges $3.82 | 3.82 | 866.06 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 236.99 | 0.00 | 68.00 | 794.24 | $1,099.23 |

# Statement

Borrelli & Associates, P.L.L.C.
910 Franklin Avenue
Suite 200
Garden City, NY 11530

| Date |
|---|
| 1/12/2021 |

To:
Manuel Aquapan

| Amount Due | Amount Enc. |
|---|---|
| $1,099.23 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/29/2020 | INV #15117. Orig. Amount $21.15.<br>--- printing, ordinary postage and copying for case through 12/29/2020 $21.15 | 21.15 | 887.21 |
| 12/31/2020 | INV #15226. Orig. Amount $212.02.<br>--- December 2020 Westlaw Usage Charges $212.02 | 212.02 | 1,099.23 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 236.99 | 0.00 | 68.00 | 794.24 | $1,099.23 |